```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 09-325
                              )
JOSEPH SCIARRETTI             )
```

**UNITED STATES POSITION WITH RESPECT TO SENTENCING FACTORS**

The United States has received and reviewed the well-drafted Presentence Report (PSR) and has conferred with the author of the PSR and defense counsel in a good-faith effort to resolve any disputed matters.  The United States has no objections to the PSR.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/ Craig W. Haller
CRAIG W. HALLER
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
craig.haller@usdoj.gov
PA ID No. 87714
